WASHINGTON v. THE STATE.

ATKINSON, J.—No error of law having been committed, and the verdict being supported by the evidence, this court will not interfere with the discretion of the trial judge in refusing a new trial.

December 21, 1894.　　　　　　　　　　　*Judgment affirmed.*

Indictment for robbery. Before Judge HARRIS. Carroll superior court. April term, 1894.

W. D. HAMRICK and S. HOLDERNESS, for plaintiff in error. T. A. ATKINSON, solicitor-general, *contra*.

---

BURBAGE v. THE AMERICAN NATIONAL BANK.

| 95b | 503 |
| 96 | 770 |

